

ACCEPTED
01-15-00676-CV
FIRST COURT OF APPEALS
HOUSTON, TEXAS
8/7/2015 10:44:34 AM
CHRISTOPHER PRINE
CLERK

# KA >> KURT ARBUCKLE, P.C.

Phone: 713.961.5353 > 2121 Sage Rd. Suite 100 > kurtarbuckle.com > Board Certified Personal Injury Trial Law
Fax: 713.961.5236 > Houston, TX 77056 > > Board Certified Civil Trial Law
Texas Board of Legal Specialization

August 7, 2015

FILED IN
1st COURT OF APPEALS
HOUSTON, TEXAS

8/7/2015 10:44:34 AM

CHRISTOPHER A. PRINE
Clerk

Mr. Christopher A. Prine
Clerk of the Court
Court of Appeals
First District of Texas
301 Fannin Street
Houston, Texas  77002-2066

> Re:  Court of Appeals No. 01-15-00676-CV
> Trial Court Case No. 2013-74660
> Style: *Amy G. Triana, b/n/f Irma K. Ortega vs. Phan-Tran Property*
> *Management, LLC, Minh Phan, Misty Tran, and Sergio Castillo*

Dear Mr. Prine:

This is to confirm that Appellant's $195 filing fee has been paid electronically today in the above-referenced appeal.

By copy of this letter, I am notifying opposing counsel of this communication.

Sincerely,

Kurt Arbuckle, P.C.

Kurt Arbuckle

KA:nmg

cc:  Mr. Wolf A. McGavran (via fax 713 547-2600)
Miss Amy G. Triana, b/n/f Irma K. Ortega